IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LOFTON, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION H-05-3090 |
| | § | |
| DOUGLAS DRETKE, | § | |
| | § | |
| Respondent. | § | |

### ORDER OF DISMISSAL

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED without prejudice.

SIGNED at Houston, Texas, on this 16th day of September, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge

1